# HARLOW LAW, P.C.
ATTORNEYS AND COUNSELORS AT LAW
85 Broad Street, WeWork-17th Fl.
NEW YORK, NY 10004
718-569-7423
FAX NO. 845-510-2219
E-mail: jordan@harlow-law.com

*Jordan F. Harlow*
   Partner

February 1, 2024

*Via ECF*
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Minchala v. Marriot International Inc.** *et al*
            23-CV-09398 (AS)

Dear Judge Subramanian:

    I am the attorney for Plaintiff Catherine Minchala in the above-referenced matter. I write jointly on behalf of the parties to request a stay in this matter as the parties attempt to amicably resolve Ms. Minchala's claims. Should the Court grant this request, the parties recommend that Plaintiff file a status letter within 60 days to update the Court on the status of settlement negotiations and whether they request the stay to be lifted.

    This is the parties' first request for a stay in this matter. Thank you for your consideration of this request.

Respectfully submitted,

/s: *Jordan F. Harlow*

Jordan F. Harlow, Esq.
Attorney for Plaintiff

**The request is DENIED. Although the Court appreciates the parties' efforts to settle this case, negotiations alone are not a sufficient justification to stay this case.**

**SO ORDERED.**

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 2, 2024